1  Chant Yedalian, State Bar No. 222325
   chant@chant.mobi
2  CHANT & COMPANY
   A Professional Law Corporation
3  1010 N. Central Ave.
   Glendale, CA 91202
4  Phone: 877.574.7100
   Fax: 877.574.9411
5
   Counsel for Plaintiff
6  BRENT SAKAMOTO

7

8

9

10

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  BRENT SAKAMOTO, on behalf of   )   Case No.: 5:16-cv-01633-JAK-DTB
    himself and all others similarly )
    situated,                        )   **NOTICE OF VOLUNTARY**
16                                   )   **DISMISSAL WITH PREJUDICE**
                                     )   **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
17            Plaintiff,             )
                                     )
18  v.                               )
                                     )
19  GALLS, LLC (d/b/a Galls); and    )
    DOES 1 through 10, inclusive,    )
20                                   )
              Defendants.            )
21  _____)

22

23

24

25

26

27

28

- 1 -

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(A)(i), Plaintiff Brent Sakamoto dismisses this action with prejudice.

4  No class was certified in this action. Thus, the dismissal of this action does
5  not prejudice and is without prejudice as to all unnamed putative class members.

8  DATED: October 28, 2016          CHANT & COMPANY
                                    A Professional Law Corporation

11                                  By: __/S/ – Chant Yedalian__
                                        CHANT YEDALIAN
12                                  Counsel For Plaintiff
                                    Brent Sakamoto